IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joseph Andrew Stasiak

Debtor(s)

BK NO. 21-01046 HWV

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Movement Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
26 Jul 2021, 10:44:57, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322