United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                             Case No. 21-01046-HWV
Joseph Andrew Stasiak                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                    Page 1 of 2
Date Rcvd: Aug 30, 2021                          Form ID: pdf010                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

**Recip ID**               **Recipient Name and Address**
cr                        +    TIAA, FSB, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021                           Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor TIAA FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Lawrence V. Young | on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Movement Mortgage LLC bkgroup@kmllawgroup.com |
| Steven M. Carr | on behalf of Debtor 1 Joseph Andrew Stasiak stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JOSEPH ANDREW STASIAK,<br>                 Debtor<br><br>LAWRENCE V. YOUNG, TRUSTEE<br>               Movant<br><br>v.<br><br>TIAA BANK,<br>               Respondent | Chapter 7<br><br>Case No. 1-21-bk-01046-HWV |

AMENDED ORDER APPROVING SALE OF DEBTOR'S REAL ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of a review of the Motion filed by the Trustee and a review of the record revealing that a Notice was sent to all creditors and other parties in interest and there being no Objections of record to the sale, it is hereby

ORDERED that Trustee shall be permitted to sell the parcel of real estate owned by Joseph Andrew Stasiak, known as 626 North Pershing Avenue, York, Pennsylvania to Zubely Hidalgo, 520 East 156th Street, Apt. 2U, Bronx, New York 10455 for the sum of $85,000.00. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances, if any, to be paid at settlement pursuant to the terms and conditions set forth in the Motion and Notice to creditors. It is further

ORDERED THAT this Court makes a specific finding based upon the record that Zubely Hidalgo is a "good faith" buyer pursuant to 11 U.S.C. § 363(m), and that the provisions of that subsection of the Bankruptcy Code are applicable.

Dated: August 30, 2021

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge (MS)