UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

**REPORT OF PRIVATE SALE**
**(For Chapter 7, 11 and 13 cases)**

CASE CAPTION: : Chapter 11
   Joseph Andrew Stasiak, :
               Debtor : Case No. 1-21-01046-HWV

1. DATE OF SALE: 08/31/2021    TRUSTEE'S ATTORNEY: Lawrence V. Young, Esquire

2. ATTORNEY FOR CREDITORS' COMMITTEE: N/A

3. DESCRIPTION OF ASSETS: Real Estate at 626 N. Pershing Ave., Pennsylvania

4. REASON FOR ACCEPTANCE OF PRIVATE OFFER IN LIEU OF PUBIC SALE: Higher sale price.

5. VALUE OF PROPERTY: $79,900.00    HOW OBTAINED: Realtor's Opinion
                                                                                      (Appraisal or Otherwise)

6. PURCHASE PRICE $85,000.00    NAME OF PURCHASER: Zubely Hidalgo

7. HOW WAS PURCHASER OBTAINED: Property was listed through the MLS

8. PURCHASER'S RELATIONSHIP TO DEBTOR: None

9. EXPENSES OF SALE: $74,498.88    NET AMOUNT REALIZED: $12,929.08
   (Attach itemization or real estate settlement sheet)

10. WERE THERE ANY OBJECTIONS MADE TO THE SALE? No IF SO, STATE NAME OF OBJECTOR, REASON FOR OBJECTION, OBJECTOR'S RELATION TO DEBTOR AND OUTCOME OF HEARING, IF ANY:

Lawrence V. Young, Esquire                   /s/Lawrence V. Young, Esquire
                                                                          Signature

Date: September 2, 2021

(File original with Clerk's Office within five (5) days of sale, even if objection is filed, with copy to U.S. Trustee)
UST-PA-MD-6
(Apr. 1988)

{01997851/1}

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**  
OMB Approval No 2502-0265

### B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. |
| 4. ☐ VA | 5. ☐ Conv Ins. | |

6. File No.: 1227-21-SL  
7. Loan No.:  
8. Mortgage Insurance Case No.:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:**  
Zubely Hidalgo  
520 East 156th Street  
Apt. 2U  
Bronx, NY 10455

**E. Name & Address of Seller:**  
Lawrence V. Young, Trustee in Bankruptcy of Joseph A. Stasiak

**F. Name & Address of Lender:**

**G. Property Location:**  
626 North Pershing Avenue  
York, PA 17404

**H. Settlement Agent:**  
Stock and Leader, LLP  

Place of Settlement:  
221 West Philadelphia Street E600 York, PA 17401

**I. Settlement Date:** 08/31/2021  
**Funding Date:** 08/31/2021  
**Disbursement Date:** 08/31/2021

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $85,000.00 | 401. Contract sales price | $85,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $2,309.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustment for items paid by seller in advance* | | *Adjustment for items paid by seller in advance* | |
| 106. City/Town Taxes 08/31/2021 to 12/31/2021 | $429.56 | 406. City/Town Taxes 08/31/2021 to 12/31/2021 | $429.56 |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. School Taxes 08/31/2021 to 06/30/2022 | $2,016.51 | 409. School Taxes 08/31/2021 to 06/30/2022 | $2,016.51 |
| 110. | | 410. | |
| 111. Sewer/Refuse - 8/16 to 9/14 08/31/2021 to 09/14/2021 | $21.89 | 411. Sewer/Refuse - 8/16 to 9/14 08/31/2021 to 09/14/2021 | $21.89 |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$89,777.26** | **420. Gross Amount Due to Seller** | **$87,467.96** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | $1,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $12,191.01 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Wells Fargo | $62,257.87 |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. Escrow - Sewer Water 8/16 to 9/13 | $50.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$1,500.00** | **520. Total Reduction Amount Due Seller** | **$74,498.88** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $89,777.26 | 601. Gross amount due to seller (line 420) | $87,467.96 |
| 302. Less amounts paid by/for borrower (line 220) | $1,500.00 | 602. Less reductions in amounts due seller (line 520) | $74,498.88 |
| 303. Cash ☒ From ☐ To Borrower | $88,277.26 | 603. Cash ☒ To ☐ From Seller | $12,969.08 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows: | | |
| 701. $2,550.00 to Berkshire Hathaway Home Services-Homesale Realty | | |
| 702. $3,400.00 to Keller Williams Keystone Realty | | |
| 703. Commission paid at settlement | | $5,950.00 |
| 704. Earnest deposit retained: $1,500.00 | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Tax service | | |
| 806. Flood certification | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 08/31/2021 to 09/01/2021 | | |
| 902. Mortgage insurance premium | | |
| 903. Homeowner's insurance | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Stock and Leader, LLP | | |
| 1102. Owner's title insurance to Conestoga Title Insurance Co. | $1,024.05 | |
| 1103. Lender's title insurance to Conestoga Title Insurance Co. | | |
| 1104. Lender's title policy limit $ | | |
| 1105. Owner's title policy limit $85,000.00 | | |
| 1106. Notary Fee to Stock and Leader, LLP | $10.00 | $10.00 |
| 1107. Tax Certification Fee to Stock and Leader, LLP | $35.00 | |
| 1108. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $95.25 Mortgage $ Release $ to York County Recording Office | $95.25 | |
| 1202. City/County tax/stamps Deed $850.00 Mortgage $ to York County Recording Office | | $850.00 |
| 1203. State tax/stamps Deed $850.00 Mortgage $ to York County Recording Office | $850.00 | |
| 1204. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Deed Prep and Legal Fees to Lawrence V. Young, Trustee in Bankruptcy for Joseph Andrew Stasiak | | $2,681.00 |
| 1302. Selling Agent Broker Fee to Keller Williams Keystone Realty | $295.00 | |
| 1303. 2021-22 School taxes to York City Treasurer | | $2,422.48 |
| 1304. Sewer - Outstanding Balance - Through 8/16 to York Water Company | | $277.53 |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | $2,309.30 | $12,191.01 |

_Zubely Hidalgo_ _____ Date

Zubely Hidalgo

_signature_ _____ Date

Lawrence V. Young, Trustee in Bankruptcy For Joseph A. Stasiak
Brent C. Diefenderfer, Counsel for Lawrence V. Young, Trustee

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_signature_  8/31/2021

Settlement Agent _____ Date