In re: STASIAK, JOSEPH ANDREW § Case No. 21-01046
§
§
§
Debtor(s)

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lawrence V. Young, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $312,552.39 | Assets Exempt: | $32,775.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $62,489.92 | Claims Discharged Without Payment: | $36,188.93 |
| Total Expenses of Administration: | $20,112.89 | | |

3) Total gross receipts of $98,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,897.19 (see **Exhibit 2**), yielded net receipts of $82,602.81 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $311,223.47 | $232.05 | $62,489.92 | $62,489.92 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,469.53 | $20,112.89 | $20,112.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $36,188.93 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $347,412.40 | $14,701.58 | $82,602.81 | $82,602.81 |

4) This case was originally filed under chapter 7 on 05/07/2021. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2022         By: /s/ Lawrence V. Young
                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 626 N. Pershing Ave, York, PA 17404-0000, York C | 1110-000 | $85,000.00 |
| Escrot refund from refinance of house. Total amo | 1129-000 | $3,500.00 |
| Suit vs. Homecheck | 1149-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$98,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kala Stasiak | Proceeds from settlement of litigation against Homechek | 8500-002 | $2,500.00 |
| STASIAK, JOSEPH ANDREW | Distribution payment - Dividend paid at 100.00% of $13,397.19; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $13,397.19 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,897.19** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stock and Leader | 4800-000 | NA | -$50.00 | -$50.00 | -$50.00 |
| | York Water Company | 4800-000 | NA | $50.00 | $50.00 | $50.00 |
| | York Water Company/York City Treasurer | 4800-000 | NA | $232.05 | $232.05 | $232.05 |
| NC | Wells Fargo | 4110-000 | NA | $0.00 | $62,257.87 | $62,257.87 |
| N/F | MOVEMENT MORTGAGE, LLC | 4110-000 | $252,690.98 | NA | NA | NA |
| N/F | TIAA BANK | 4110-000 | $58,532.49 | NA | NA | NA |
| | **TOTAL SECURED** | | **$311,223.47** | **$232.05** | **$62,489.92** | **$62,489.92** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lawrence V. Young | 2100-000 | NA | $7,380.14 | $7,380.14 | $7,380.14 |
| Trustee, Expenses - Lawrence V. Young | 2200-000 | NA | $27.73 | $27.73 | $27.73 |
| Attorney for Trustee Fees - CGA Law Firm | 3110-000 | NA | $0.00 | $5,395.00 | $5,395.00 |
| Attorney for Trustee, Expenses - CGA Law Firm | 3120-000 | NA | $0.00 | $235.14 | $235.14 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $13.22 | $13.22 |
| Costs re Sale of Property (closing costs, etc.) - Stock and Leader, LLP | 2500-000 | NA | $10.00 | $10.00 | $10.00 |
| Costs re Sale of Property (closing costs, etc.) - York County Recorder of Deeds | 2500-000 | NA | $850.00 | $850.00 | $850.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $251.66 | $251.66 | $251.66 |
| Realtor for Trustee Fees - Berkshire Hathaway/Keller Williams | 3510-000 | NA | $5,950.00 | $5,950.00 | $5,950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$14,469.53** | **$20,112.89** | **$20,112.89** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | HOME DEPOT | 7100-000 | $500.00 | NA | NA | NA |
| N/F | MEMBERS 1STFCU | 7100-000 | $24,918.00 | NA | NA | NA |
| N/F | TARGET | 7100-000 | $5,756.00 | NA | NA | NA |
| N/F | US Dept, of Education | 7100-000 | $5,014.93 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$36,188.93** | **$0.00** | **$0.00** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 21-01046
Case Name: STASIAK, JOSEPH ANDREW
For Period Ending: 07/28/2022

Trustee Name: (580410) Lawrence V. Young
Date Filed (f) or Converted (c): 05/07/2021 (f)
§ 341(a) Meeting Date: 06/09/2021
Claims Bar Date: 02/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 626 N. Pershing Ave, York, PA 17404-0000, York C<br>The trustee listed the property for sale at $79,900. | 105,000.00 | 46,467.51 | | 85,000.00 | FA |
| 2 | 640 Windsor Rd, Red Lion, PA 17356-0000, York Co | 270,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2002 Mazda B2300. Entire property value: $1,000.<br>The cost of liquidation would consume any non-exempt equity. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | 2009 Honda Pilot Spouse's vehicle and is marital<br>Asset is owned jointly with non-filing spouse. The value of the asset has been reduced by the marital adjustment. The cost of liquidation would consume any non-exempt equity. | 3,700.00 | 0.00 | | 0.00 | FA |
| 5 | Misc household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Tools<br>The cost of liquidation would consume any non-exempt equity. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7 | Collectibles | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Men's clothes | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Members 1st<br>The cost of liquidation would consume any non-exempt equity. | 4.39 | 4.39 | | 0.00 | FA |
| 11 | Checking: First National Bank | 8,299.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: First National Bank | 505.00 | 0.00 | | 0.00 | FA |
| 13 | Checking: First National Bank | 90.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: First National Bank | 63.00 | 0.00 | | 0.00 | FA |
| 15 | 401 (k): John Handcock<br>This asset is not an asset of the Bankruptcy Estate. | 25,051.00 | 0.00 | | 0.00 | FA |
| 16* | Suit vs. Homecheck (See Footnote) | 30,000.00 | 30,000.00 | | 10,000.00 | FA |
| 17 | Escrot refund from refinance of house. Total amo<br>The full value of the asset is $4,360. The scheduled value reflects 1/2 of the value as Debtor's spouse was potentially entitled to 50% interest in the equity of the property pending the parties' divorce. The Trustee agreed to accept $3,500 in satisfaction of the turnover of this asset. | 2,180.00 | 2,011.02 | | 3,500.00 | FA |
| 17 | **Assets Totals (Excluding unknown values)** | **$449,732.39** | **$80,982.92** | | **$98,500.00** | **$0.00** |

| | |
|---|---|
| **Case No.:** 21-01046 | **Trustee Name:** (580410) Lawrence V. Young |
| **Case Name:** STASIAK, JOSEPH ANDREW | **Date Filed (f) or Converted (c):** 05/07/2021 (f) |
| | **§ 341(a) Meeting Date:** 06/09/2021 |
| **For Period Ending:** 07/28/2022 | **Claims Bar Date:** 02/19/2022 |

RE PROP# 16   Pursuant to Trustee's Motion to Approve Settlement, $7,500 will be turned over to the Bankruptcy Estate and $2,500 will be turned over to Debtor's non-filing spouse.

**Major Activities Affecting Case Closing:**

Funds disbursed 6/23/22. Prepare TDR after checks have cleared.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022    **Current Projected Date Of Final Report (TFR):** 04/28/2022 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 21-01046 | Trustee Name: | Lawrence V. Young (580410) |
|---|---|---|---|
| Case Name: | STASIAK, JOSEPH ANDREW | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9933 | Account #: | ******1050 Checking Account |
| For Period Ending: | 07/28/2022 | Blanket Bond (per case limit): | $5,454,454.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/21 | {17} | Joseph A. Stasiak | Turnover of non-exempt funds | 1129-000 | 3,500.00 | | 3,500.00 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,495.00 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.97 | 3,489.03 |
| 09/01/21 | | Zubely Hidalgo | Proceeds from sale of real estate | | 15,650.08 | | 19,139.11 |
| | {1} | Zubely Hidalgo | Contract sale price $85,000.00 | 1110-000 | | | |
| | | Stock and Leader, LLP | Notary fee -$10.00 | 2500-000 | | | |
| | | York County Recorder of Deeds | Transfer tax -$850.00 | 2500-000 | | | |
| | | York Water Company/York City Treasurer | Net local real estate taxes and sewer taxes -$232.05 | 4800-000 | | | |
| | | Berkshire Hathaway/Keller Williams | Realtor commission -$5,950.00 | 3510-000 | | | |
| | | Wells Fargo | Payoff of mortgage -$62,257.87 | 4110-000 | | | |
| | | York Water Company | Escrow for sewer and water from 8/16 - 9/13 -$50.00 | 4800-000 | | | |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.16 | 19,110.95 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.60 | 19,081.35 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.62 | 19,048.73 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.54 | 19,017.19 |
| 01/18/22 | 101 | International Sureties | Insurance Bond Premium | 2300-000 | | 13.22 | 19,003.97 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.46 | 18,974.51 |
| 02/04/22 | {16} | Amtrust North America-Aiul | Settlement of pending litigation | 1149-000 | 10,000.00 | | 28,974.51 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.53 | 28,935.98 |
| 03/17/22 | | Stock and Leader | Refund of escrow held at settlement for payment of sewer | 4800-000 | | -50.00 | 28,985.98 |
| 03/17/22 | 102 | Kala Stasiak | Proceeds from settlement of litigation against Homechek | 8500-002 | | 2,500.00 | 26,485.98 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 50.78 | 26,435.20 |
| 06/23/22 | 103 | Lawrence V. Young | Combined trustee compensation & expense dividend payments. | | | 7,407.87 | 19,027.33 |
| | | Lawrence V. Young | Claims Distribution - Thu, 04-28-2022 $7,380.14 | 2100-000 | | | |

Page Subtotals: $29,150.08    $10,122.75

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 21-01046 | Trustee Name: | Lawrence V. Young (580410) |
|---|---|---|---|
| Case Name: | STASIAK, JOSEPH ANDREW | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9933 | Account #: | ******1050 Checking Account |
| For Period Ending: | 07/28/2022 | Blanket Bond (per case limit): | $5,454,454.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Lawrence V. Young | Claims Distribution - Thu, 04-28-2022  $27.73 | 2200-000 |  |  |  |
| 06/23/22 | 104 | CGA Law Firm | Distribution payment - Dividend paid at 100.00% of $5,395.00; Claim # ; Filed: $0.00 | 3110-000 |  | 5,395.00 | 13,632.33 |
| 06/23/22 | 105 | CGA Law Firm | Distribution payment - Dividend paid at 100.00% of $235.14; Claim # ; Filed: $0.00 | 3120-000 |  | 235.14 | 13,397.19 |
| 06/23/22 | 106 | STASIAK, JOSEPH ANDREW | Distribution payment - Dividend paid at 100.00% of $13,397.19; Claim # SURPLUS; Filed: $0.00 | 8200-002 |  | 13,397.19 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 29,150.08 | 29,150.08 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 29,150.08 | 29,150.08 |  |
|  |  | Less: Payments to Debtors |  |  |  | 13,397.19 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $29,150.08 | $15,752.89 |  |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-01046 | | **Trustee Name:** | Lawrence V. Young (580410) |
| **Case Name:** | STASIAK, JOSEPH ANDREW | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9933 | | **Account #:** | ******1050 Checking Account |
| **For Period Ending:** | 07/28/2022 | | **Blanket Bond (per case limit):** | $5,454,454.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1050 Checking Account | $29,150.08 | $15,752.89 | $0.00 |
| | **$29,150.08** | **$15,752.89** | **$0.00** |